Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____   Chapter _____ 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Splashlight Holding LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

_____
_____
_____
_____

**3. Debtor's federal Employer Identification Number** (EIN)

83-2138965

**4. Debtor's address**

**Principal place of business**

75 Varick Street
Number       Street

_____

New York            NY     10013
City                State    ZIP Code

New York County
County

**Mailing address, if different from principal place of business**

_____
Number       Street

_____
P.O. Box

_____
City              State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number       Street

_____

_____
City              State      ZIP Code

**5. Debtor's website** (URL)

_____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | **Splashlight Holding LLC** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5162

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When ____/____/____ Case number _____
                              MM / DD / YYYY

       District _____ When ____/____/____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When ____/____/____
                                         MM / DD / YYYY

       Case number, if known _____

| Debtor | Splashlight Holding LLC | Case number (if known) |
|--------|--------------------------|------------------------|
|        | Name                     |                        |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number          Street

_____

_____

City                                State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Splashlight Holding LLC | Case number *(if known)* |
|--------|-------------------------|--------------------------|
|        | Name                    |                          |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☑ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/12/2025
              MM  / DD / YYYY

✖ /s/ James Ingram
Signature of authorized representative of debtor

James Ingram
Printed name

Title  Chief Executive Officer

**18. Signature of attorney**

✖ /s/ Scott Simon
Signature of attorney for debtor

Date  02/12/2025
      MM  / DD / YYYY

Scott Simon
Printed name

Goetz Platzer LLP
Firm name

1 Penn Plaza Suite 3100
Number      Street

New York                          NY         10119
City                              State      ZIP Code

2126958100                        ssimon@goetzplatzer.com
Contact phone                     Email address

SS6378                            NY
Bar number                        State

---

**Fill in this information to identify the case:**

Debtor name _____ Splashlight Holding LLC _____

United States Bankruptcy Court for the: _____ Southern District of New York _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ................................................ $ 38,979,766.36

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* .................................................. $ 38,979,766.36

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ............ $ 47,885,033.79

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F* ................................. $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................. +$ 5,608,271.69

4. **Total liabilities** ........................................................................................ $ 53,493,305.48
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name    Splashlight Holding LLC

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Newtek Small Business Finance, LLC 1981 Marcus Avenue Suite 130 New Hyde Park, NY, 11042 | | Monies Loaned / Advanced | | | | 3,564,271.69 |
| 2 | Boathouse Capital III Management LLC 353 W. Lancaster Avenue, Suite 200 Wayne, PA, 19087 | | Monies Loaned / Advanced | Disputed | | | 1,500,000.00 |
| 3 | Fox Rothschild LLP 101 Park Avenue, 17th Floor Brian S. Cousin New York, NY, 10178 | | Services | | | | 544,000.00 |
| 4 | CBIZ MP LLC 88 Froehlich Farm Boulevard Woodbury, NY, 11797 | | Services | Unliquidated | | | 0 00 |
| 5 | NYC Dept. of Finance Office of Legal Affairs 375 Pearl Street, 30th Floor New York, NY, 10038 | | Taxes & Other Government Units | Unliquidated | | | 0.00 |
| 6 | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA, 19101 | | Taxes & Other Government Units | Unliquidated | | | 0.00 |
| 7 | NYS Dept. Taxation & Finance Bankruptcy/Special Procedures Section P.O. Box 5300 Albany, NY, 12205 | | Taxes & Other Government Units | Unliquidated | | | 0.00 |
| 8 | Delaware Division of Revenue/Bankruptcy Service Attn: Bankruptcy Administrator, Carvel State Building 820 N. French Street, 8th Floor Wilmington, DE, 19801 | | Taxes & Other Government Units | Unliquidated | | | 0.00 |

| Debtor | Splashlight Holding LLC | | Case number (if known) | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name  Splashlight Holding LLC

United States Bankruptcy Court for the:  Southern District of New York

Case number (If known):  _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1** — $_____

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $_____
   7.2. _____  $_____

Debtor    Splashlight Holding LLC _____    Case number *(if known)*_____
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    _____ – _____ = ....➔    $_____
                                  face amount    doubtful or uncollectible accounts

    11b. Over 90 days old:       _____ – _____ = ....➔    $_____
                                  face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1. Splashlight LLC _____    100  %    _____    $ Unknown

    15.2. Telmar Parent Corporation _____    100  %    _____    $ Unknown

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $ 0.00

---

Debtor    Splashlight Holding LLC
                Name

Case number (if known)_____

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor    Splashlight Holding LLC _____    Case number (if known)_____
   Name

33. **Total of Part 6.**
  Add lines 28 through 32. Copy the total to line 85.            $_____

34. **Is the debtor a member of an agricultural cooperative?**
 ☐ No
 ☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
 ☐ No
 ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
 ☐ No
 ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
 ☐ No
 ☐ Yes

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
 ☑ No. Go to Part 8.
 ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
  Add lines 39 through 42. Copy the total to line 86.          $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
 ☐ No
 ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
 ☐ No
 ☐ Yes

Debtor ___Splashlight Holding LLC_____     Case number *(if known)*_____
            Name

---

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.       $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

Debtor _____
Splashlight Holding LLC
Name

Case number (if known)_____

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>Creative Intelligence Technologies For Enabling Analytics of Compu | $_____ | _____ | Unknown<br>$_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>Trademark Creative Intelligence Registration No. 87/942519 | $_____ | _____ | Unknown<br>$_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    Splashlight Holding LLC _____    Case number *(if known)* _____
          Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

See continuation sheet

38,979,766.36   _   0.00   = ➔   $ 38,979,766.36

Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | Tax year | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 38,979,766.36

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Splashlight Holding LLC
_____    Case number (if known)_____
          Name

| **Part 12:** | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 38,979,766.36 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 38,979,766.36 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. 38,979,766.36 ...................................................    $ 38,979,766.36

Debtor 1    Splashlight Holding LLC

First Name    Middle Name    Last Name      Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**71) Notes receivable**

| General description | Total face amount | Doubtful or uncollectible amount | Current value |
|---|---|---|---|
| Intercompany Promissory Note dated July 26, 2022 by Telmar Group Inc. | 4,655,869.80 | 0.00 | 4,655,869.80 |
| Intercompany Promissory Note by Telmar Parent Corporation dated July 26, 2022 | 15,332,019.00 | 0.00 | 15,332,019.00 |
| Intercompany Promissory Note by Splashlight Photographic & Digital Studios, LLC dated July 26, 2022 | 4,535,398.00 | 0.00 | 4,535,398.00 |
| Intercompany Promissory Note by Splashlight LLC | 400,000.00 | 0.00 | 400,000.00 |
| Intercompany Promissory Note by Telmar Communications Limited | 31,589.56 | 0.00 | 31,589.56 |
| Intercompany Promissory Note by Telmar Parent Corporation dated July 26, 2022 | 14,024,890.00 | 0.00 | 14,024,890.00 |

**Fill in this information to identify the case:**

Debtor name __Splashlight Holding LLC__

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name** Boathouse Capital II LP | **Describe debtor's property that is subject to a lien** Intercompany Promissory Note by Splashlight Photographic & Digital Studios, LLC dated July 26, 2022, Intercompany Promissory Note by Telmar Parent Corporation dated July 26, 2022, Intercompany Promissory Note dated July | $ 46,038,225.23 | Unknown |
| **Creditor's mailing address** 353 W. Lancaster Avenue, Suite 200 Attention: Brian Adamsky, Wayne, PA 1908 | **Describe the lien** Agreement _____ | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?** ☐ No  X Yes | | |
| **Date debt was incurred** 10/18/2018 **Last 4 digits of account number** | **Is anyone else liable on this claim?** ☐ No  ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?** ☐ No  ☑ Yes. Specify each creditor, including this creditor, | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☑ Disputed | | |
| Boathouse Capital II LP, 1st; Boathouse Capital III LP, 1st; | | | |
| **2.2** **Creditor's name** Boathouse Capital III LP | **Describe debtor's property that is subject to a lien** Intercompany Promissory Note by Splashlight Photographic & Digital Studios, LLC dated July 26, 2022, Intercompany Promissory Note by Telmar Parent Corporation dated July 26, 2022, Intercompany Promissory Note dated July 26, 2022 by Telmar Group Inc., Trademark Creative Intelligence Registration No. | $ Unknown | Unknown |
| **Creditor's mailing address** 353 W. Lancaster Avenue, Suite 200 Attention: Brian Adamsky, Wayne, PA 1908 | **Describe the lien** Agreement _____ | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?** ☑ No  ☐ Yes | | |
| **Date debt was incurred** 11/29/2021 **Last 4 digits of account number** | **Is anyone else liable on this claim?** ☐ No  ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?** ☐ No  ☑ Yes. Have you already specified the relative priority? ☐ No. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☑ Disputed | | |
| ☑ Yes. The relative priority of creditors is specified on lines 2.1 | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 47,885,033.79

Debtor  Splashlight Holding LLC
        Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name
Rosenthal & Rosenthal, Inc.

_____

Creditor's mailing address

1370 Broadway
New York, NY 10018

_____

Creditor's email address, if known

_____

Date debt was incurred    3/30/2023
Last 4 digits of account
number              _____

Do multiple creditors have an interest in the
same property?
☐ No
☑ Yes. Have you already specified the relative
      priority?
   ☐ No. Specify each creditor, including this
        creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is
        specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Intercompany Promissory Note by
Splashlight Photographic & Digital Studios,
LLC dated July 26, 2022, Intercompany
Promissory Note by Telmar Parent
Corporation dated July 26, 2022,
Intercompany Promissory Note dated July
26, 2022 by Telmar Group Inc., Trademark
Creative Intelligence Registration No.
87/942519, Creative Intelligence
Technologies For Enabling Analytics of

**Describe the lien**

Agreement              _____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$1,846,808.56          Unknown

---

**2.___** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account
number              _____

Do multiple creditors have an interest in the
same property?
☐ No
☐ Yes. Have you already specified the relative
      priority?
   ☐ No. Specify each creditor, including this
        creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is
        specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____          $_____

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page  2  of  3

| Debtor | Splashlight Holding LLC | | Case number *(if known)* | |
| | Name | | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Otterbourg P.C.<br>230 Park Avenue<br>Attention Michael Wenger, Esq.<br>New York, NY, 10169 | Line 2. 3 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor          Splashlight Holding LLC

United States Bankruptcy Court for the:    Southern District of New York

Case number
(if known)    _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Delaware Division of Revenue/Bankruptcy Service
Attn: Bankruptcy Administrator, Carvel State Building
820 N. French Street, 8th Floor
Wilmington, DE 19801

As of the petition filing date, the claim is:    $ 0.00      $ 0.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101

As of the petition filing date, the claim is:    $ 0.00      $ 0.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
NYC Dept. of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

As of the petition filing date, the claim is:    $ 0.00      $ 0.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Debtor    Splashlight Holding LLC    Case number (if known)_____
         Name

## Part 1.    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.** **4**  Priority creditor's name and mailing address                    $ 0.00    $ 0.00

NYS Dept. Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

Basis for the claim:

Taxes & Other Government Units
_____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.** ___  Priority creditor's name and mailing address                    $_____    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

_____

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.** ___  Priority creditor's name and mailing address                    $_____    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

_____

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.** ___  Priority creditor's name and mailing address                    $_____    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

_____

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor    Splashlight Holding LLC    Case number (if known)_____
          Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Boathouse Capital III Management LLC
353 W. Lancaster Avenue, Suite 200
Wayne, PA 19087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:    Monies Loaned / Advanced

$ 1,500,000.00

Date or dates debt was incurred    06/14/2023
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
CBIZ MP LLC
88 Froehlich Farm Boulevard
Woodbury, NY 11797

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

$ Unknown

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Fox Rothschild LLP
101 Park Avenue, 17th Floor
Brian S. Cousin
New York, NY 10178

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

$ 544,000.00

Date or dates debt was incurred    03/09/2022
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Newtek Small Business Finance, LLC
1981 Marcus Avenue
Suite 130
New Hyde Park, NY 11042

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Monies Loaned / Advanced

$ 3,564,271.69

Date or dates debt was incurred    12/18/2020
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 5,608,271.69 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 5,608,271.69 |

**Fill in this information to identify the case:**

Debtor name __Splashlight Holding LLC__

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __Splashlight Holding LLC__

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Mahogany Fine Foods and Catering LLC | 75 Varick Street New York, NY 10013 | Boathouse Capital II LP | ☑ D ☐ E/F ☐ G |
| 2.2 Splashlight Photograj | 75 Varick Street New York, NY 10013 | Boathouse Capital II LP | ☑ D ☐ E/F ☐ G |
| 2.3 Splashlight LLC | 75 Varick Street New York, NY 10013 | Boathouse Capital II LP | ☑ D ☐ E/F ☐ G |
| 2.4 Splashlight Technolo | 75 Varick Street New York, NY 10013 | Boathouse Capital II LP | ☑ D ☐ E/F ☐ G |
| 2.5 Telmar Parent Corpo | 75 Varick Street New York, NY 10013 | Boathouse Capital II LP | ☑ D ☐ E/F ☐ G |
| 2.6 Telmar International I | 75 Varick Street New York, NY 10013 | Boathouse Capital II LP | ☑ D ☐ E/F ☐ G |

| Debtor | Splashlight Holding LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.7 | Telmar Group Inc. | 75 Varick Street New York, NY 10013 | Boathouse Capital II LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Telmar CEE Limited | 75 Varick Street New York, NY 10013 | Boathouse Capital II LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | Telmar Communications Inc. | 75 Varick Street New York, NY 10013 | Boathouse Capital II LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | Telmar Information Services Corp. | 75 Varick Street New York, NY 10013 | Boathouse Capital II LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | James Ingram | 456 Washington Street Apt. 4G New York, NY 10013 | Boathouse Capital II LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 | Benoit Andre Lagarde | 282 11th Avenue Apt. 810 New York, NY 10001 | Boathouse Capital II LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | Splashlight Technologies LLC | 75 Varick Street New York, NY 10013 | Newtek Small Business Finance, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.14 | James Ingram | 456 Washington Street 4G New York, NY 10013 | Newtek Small Business Finance, LLC | ☐ D<br>☑ E/F<br>☐ G |

Debtor   Splashlight Holding LLC
_____
         Name

Case number (if known)_____

| **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 Benoit Andre Lagarde | 282 11th Avenue Apt. 810 New York, NY 10001 | Newtek Small Business Finance, LLC | ☐ D ☑ E/F ☐ G |
| 2.16 Splashlight LLC | 75 Varick Street New York, NY 10013 | Boathouse Capital III Management LLC | ☐ D ☑ E/F ☐ G |
| 2.17 Splashlight Photographic & Digital Studios LLC | 75 Varick Street New York, NY 10013 | Boathouse Capital III Management LLC | ☐ D ☑ E/F ☐ G |
| 2.18 Splashlight Technologies LLC | 75 Varick Street New York, NY 10013 | Boathouse Capital III Management LLC | ☐ D ☑ E/F ☐ G |
| 2.19 Mahogany Fine Foods and Catering LLC | 75 Varick Street New York, NY 10013 | Boathouse Capital III Management LLC | ☐ D ☑ E/F ☐ G |
| 2.20 Telmar Parent Corporation | 75 Varick Street New York, NY 10013 | Boathouse Capital III Management LLC | ☐ D ☑ E/F ☐ G |
| 2.21 Telmar Group Inc. | 75 Varick Street New York, NY 10013 | Boathouse Capital III Management LLC | ☐ D ☑ E/F ☐ G |
| 2.22 Telmar Information Services Corp. | 75 Varick Street New York, NY 10013 | Boathouse Capital III Management LLC | ☐ D ☑ E/F ☐ G |

Debtor   **Splashlight Holding LLC**                         Case number *(if known)*_____
         Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 Telmar International Inc. | 75 Varick Street New York, NY 10013 | Boathouse Capital III Management LLC | ☐ D ☑ E/F ☐ G |
| 2.24 Telmar CEE Limited | 75 Varick Street New York, NY 10013 | Boathouse Capital III Management LLC | ☐ D ☑ E/F ☐ G |
| 2.25 Telmar Communications Inc. | 75 Varick Street New York, NY 10013 | Boathouse Capital III Management LLC | ☐ D ☑ E/F ☐ G |
| 2.26 Helixa, Inc. | 75 Varick Street New York, NY 10013 | Boathouse Capital III Management LLC | ☐ D ☑ E/F ☐ G |
| 2.27 James Ingram | 456 Washington Street 4G New York, NY 10013 | Boathouse Capital III Management LLC | ☐ D ☑ E/F ☐ G |
| 2.28 Benoit Andre Lagarde | 282 11th Avenue Apt. 810 New York, NY 10001 | Boathouse Capital III Management LLC | ☐ D ☑ E/F ☐ G |
| 2.29 Splashlight LLC | 75 Varick Street New York, NY 10013 | Boathouse Capital III LP | ☑ D ☐ E/F ☐ G |
| 2.30 Mahogany Fine Foods and Catering LLC | 75 Varick Street New York, NY 10013 | Boathouse Capital III LP | ☑ D ☐ E/F ☐ G |

Debtor   **Splashlight Holding LLC**
_____
Name

Case number (*if known*)_____

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.<u>31</u> Splashlight LLC | 75 Varick Street<br>New York, NY 10013 | Rosenthal & Rosenthal, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.<u>32</u> Mahogany Fine Foods and Catering LLC | 75 Varick Street<br>New York, NY 10013 | Rosenthal & Rosenthal, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.<u>33</u> Splashlight Photographic & Digital Studios LLC | 75 Varick Street<br>New York, NY 10013 | Rosenthal & Rosenthal, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.<u>34</u> Splashlight Technologies LLC | 75 Varick Street<br>New York, NY 10013 | Rosenthal & Rosenthal, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.<u>35</u> James Ingram | 456 Washington Street 4G<br>New York, NY 10013 | Rosenthal & Rosenthal, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.<u>36</u> Benoit Andre Lagarde | 282 11th Avenue Apt. 810<br>New York, NY 10001 | Rosenthal & Rosenthal, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.<u>37</u> Splashlight Photographic & Digital Studios LLC | 75 Varick Street<br>New York, NY 10013 | Boathouse Capital III LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.<u>38</u> Splashlight Technologies LLC | 75 Varick Street<br>New York, NY 10013 | Boathouse Capital III LP | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **Splashlight Holding LLC**
_____
Name

Case number (*if known*)_____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.**39** Telmar Parent Corporation | 75 Varick Street New York, NY 10013 | Boathouse Capital III LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.**40** Telmar International Inc. | 75 Varick Street New York, NY 10013 | Boathouse Capital III LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.**41** Telmar Group Inc. | 75 Varick Street New York, NY 10013 | Boathouse Capital III LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.**42** Telmar CEE Limited | | Boathouse Capital III LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.**43** Telmar Communications Inc. | 75 Varick Street New York, NY 10013 | Boathouse Capital III LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.**44** Telmar Information Services Corp. | 75 Varick Street New York, NY 10013 | Boathouse Capital III LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.**45** James Ingram | 456 Washington Street 4G New York, NY 10013 | Boathouse Capital III LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.**46** Benoit Andre Lagarde | 282 11th Avenue Apt. 810 New York, NY 10001 | Boathouse Capital III LP | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Splashlight Holding LLC
_____    Case number (if known)_____
              Name

| **Additional Page if Debtor Has More Codebtors** |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.**47** Splashlight Photographic & Digital Studios LLC | 75 Varick Street New York, NY 10013 | Newtek Small Business Finance, LLC | ☐ D ☑ E/F ☐ G |
| 2.**48** Telmar Information Services Corp. | 75 Varick Street New York, NY 10013 | Newtek Small Business Finance, LLC | ☐ D ☑ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |

United States Bankruptcy Court

Southern District of New York

In re:  Splashlight Holding LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    02/12/2025

/s/ James Ingram

Signature of Individual signing on behalf of debtor

Chief Executive Officer

Position or relationship to debtor

Benoit Andre Lagarde
282 11th Avenue
Apt. 810
New York, NY 10001


Boathouse Capital II LP
353 W. Lancaster Avenue, Suite 200
Attention: Brian Adamsky
Wayne, PA 19087


Boathouse Capital III LP
353 W. Lancaster Avenue, Suite 200
Attention: Brian Adamsky
Wayne, PA 19087


Boathouse Capital III Management LLC
353 W. Lancaster Avenue, Suite 200
Wayne, PA 19087


CBIZ MP LLC
88 Froehlich Farm Boulevard
Woodbury, NY 11797


Delaware Division of Revenue/Bankruptcy Servi
Attn: Bankruptcy Administrator, Carvel
820 N. French Street, 8th Floor
Wilmington, DE 19801


Fox Rothschild LLP
101 Park Avenue, 17th Floor
Brian S. Cousin
New York, NY 10178


Helixa, Inc.
75 Varick Street
New York, NY 10013


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101


James Ingram
456 Washington Street
Apt. 4G
New York, NY 10013


Mahogany Fine Foods and Catering LLC
75 Varick Street
New York, NY 10013


Newtek Small Business Finance, LLC
1981 Marcus Avenue
Suite 130
New Hyde Park, NY 11042


NYC Dept. of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038


NYS Dept. Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205


Otterbourg P.C.
230 Park Avenue
Attention Michael Wenger, Esq.
New York, NY 10169


Rosenthal & Rosenthal, Inc.
1370 Broadway
New York, NY 10018


Splashlight LLC
75 Varick Street
New York, NY 10013


Splashlight Photographic & Digital Studios LL
75 Varick Street
New York, NY 10013


Splashlight Technologies LLC
75 Varick Street
New York, NY 10013


Telmar CEE Limited
75 Varick Street
New York, NY 10013


Telmar Communications Inc.
75 Varick Street
New York, NY 10013

Telmar Group Inc.
75 Varick Street
New York, NY 10013


Telmar Information Services Corp.
75 Varick Street
New York, NY 10013


Telmar International Inc.
75 Varick Street
New York, NY 10013


Telmar Parent Corporation
75 Varick Street
New York, NY 10013


United States Trustee's Office - Region 2
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004