

Gary M. Kushner, Esq.
**Partner**
212.695.8100 | ext. 338
gkushner@goetzplatzer.com

June 13, 2025

Via ECF
Chambers of the Honorable Lisa G. Beckerman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:   Splashlight Holding LLC, Case No. 25-10277(LGB)

Dear Judge Beckerman:

The undersigned is counsel for Splashlight Holding LLC ("Debtor"). This letter is written to jointly request that the hearing on the motion of Boathouse Capital II LP and Boathouse Capital III LP ("Boathouse") seeking dismissal of the chapter 11 case (and alternative relief) [ECF 25, the "Motion to Dismiss"] be moved from July 16, 2025 to the Court's calendar during the week of June 23rd, or sooner.

I am pleased to report that the Debtor and Boathouse have reached an agreement to resolve their disputes. The settlement agreement provides, *inter alia*, for the dismissal of the adversary proceeding against Boathouse [pending under Adv. Pro. 25-01038-lgb] and for dismissal of the chapter 11 case.

The parties have signed settlement documents and proceeded to a "soft" closing by depositing the settlement agreement and other deliverables into escrow. The escrows will be released on the entry of an order dismissing the chapter 11 case and entry of a stipulation of discontinuance of the adversary proceeding.

The Debtor and Boathouse share the belief that dismissal of the chapter 11 case is in the best interest of all other creditors.

Although the Motion to Dismiss has been pending since late February with no opposition by any creditor or party in interest having been filed, the Debtor proposes to give notice of the new hearing date by expedited service (email and/or overnight delivery) to the Office of the United States Trustee, all known creditors and parties in interest, and all persons who have filed a notice of

225 Broad Hollow Road | Suite 303
Melville, NY 11747
T: 212.695.8100 / 212.593.3000
F: 212.629.4013

One Penn Plaza | Suite 3100
New York, NY 10119
T: 212.695.8100 / 212.593.3000
F: 212.629.4013

105 Eisenhower Parkway | #401
Roseland, NJ 07068
T: 201.612.4444
F: 973.226.0031

goetzplatzer.com



Honorable Lisa G. Beckerman
June 13, 2025
Page 2

appearance. It is submitted that such letter notice will provide sufficient opportunity for these entities to file any objection to the dismissal of the chapter 11 case, if they so choose.

    We inquire whether the Court has an earlier hearing date to accommodate the Motion to Dismiss. We do not anticipate that the Motion to Dismiss will be contested.

    We thank the Court for all accommodations.

                                            Respectfully submitted,

                                            GOETZ PLATZER LLP

                                            By:_____

Cc: All counsel via ECF                        Gary M. Kushner