

Gary M. Kushner, Esq.
**Partner**
212.695.8100 | ext. 338
gkushner@goetzplatzer.com

June 16, 2025

Via ECF
Chambers of the Honorable Lisa G. Beckerman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

  Re: Splashlight Holding LLC, Case No. 25-10277(LGB)

Dear Judge Beckerman:

  This letter confirms that the Hearing on the Motion of Boathouse Capital II LP and Boathouse Capital III LP ("Boathouse") seeking dismissal of the chapter 11 case (and alternative relief) [ECF 25, the "Motion to Dismiss"] has been rescheduled from the Court's calendar on July 16, 2025 to June 26, 2025 at 10:00 a.m.

  The Hearing will be conducted virtually via Zoom for Government for audio and video purposes. Any parties wishing to participate in the Hearing must make arrangements through the Electronic Appearance Portal located on the Court's website (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) by no later than 4:00 p.m. one business day before the Hearing. Failure to register by the specified deadline will result in the party not being admitted to the Hearing. The Court will circulate the Zoom link to such persons by email after 4:00 p.m. one business day before the Hearing. Parties are strictly forbidden from circulating or sharing the Zoom link.

  Thank you again for the scheduling accommodations.

Respectfully submitted,

GOETZ PLATZER LLP

By:_____
  Gary M. Kushner

Cc: All counsel via ECF
All Creditors and Parties-in-Interest

225 Broad Hollow Road | Suite 303
Melville, NY 11747
T: 212.695.8100 / 212.593.3000
F: 212.629.4013

One Penn Plaza | Suite 3100
New York, NY 10119
T: 212.695.8100 / 212.593.3000
F: 212.629.4013

105 Eisenhower Parkway | #401
Roseland, NJ 07068
T: 201.612.4444
F: 973.226.0031

goetzplatzer.com